UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STEVE MOSHTAGH, an individual on behalf of himself and others similarly situated,

Plaintiff,

v.

THE HOME DEPOT U.S.A., Inc., a Delaware corporation,

Defendant.

CASE NO. C19-1205RSM

ORDER DENYING STIPULATED MOTION FOR PROTECTIVE ORDER

This matter comes before the Court on the parties' Stipulated Motion for Protective Order. Dkt. #20. The parties have adapted the Court's model protective order without providing a redlined version identifying departures from the model, as required by Local Rule 26(c)(2). The Court presumes therefore that the only changes to the model order are changes to bracketed text.

The Court finds that the proposed Protective Order does not conform to the requirement that its "protection from public disclosure and use extends only to the limited information or items that are entitled to confidential treatment under the applicable legal principles" as required by Local Rule 26(c)(2). Under the section entitled Confidential Material, the Court's model protective order instructs: "[t]he parties must include a list of specific documents such as 'company's customer list' or 'plaintiff's medical records;' do not list broad categories of documents such as 'sensitive business material.'" The parties have not followed these

ORDER DENYING STIPULATED MOTION FOR PROTECTIVE ORDER – 1

instructions and instead drafted an order referring to the over-broad categories of "confidential, private, or personal information regarding current or former Home Depot employees; competitive or confidential business information including, but not limited to, customer information, sales and profit information, database information, commercial or proprietary information, trade secrets, research and development information, or other confidential protected information under state or federal law; sensitive financial information, including, but not limited to, sales, profits, budgets, financial statements, profit and loss summaries, or accountant's computations; sensitive product information including, but not limited to, specifications and designs; sensitive and confidential personal information; documents or information of a Non-Party that the Non-Party currently maintains as confidential and is seeking to continue to maintain confidential; and any other information agreed upon by the parties during the course of litigation." Dkt. #20 at 2.

Although some specific categories of documents are described, the Court finds that the parties have impermissibly left the door open to labeling a wide variety of documents as confidential. The parties submit no argument to justify this departure from the model protective order's guidelines. Given all of the above, the Motion will be denied.

Having reviewed the briefing, along with the remainder of the record, the Court hereby finds and ORDERS that the parties' Stipulated Motion for Protective Order, Dkt. #20, is DENIED.

DATED this 19 day of November 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE