# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STEVE MOSHTAGH, an individual on behalf of himself and other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE HOME DEPOT U.S.A., Inc., a Delaware corporation,<br><br>Defendant. | CASE NO. 2:19-cv-01205 RSM<br><br>**STIPULATION AND ORDER REGARDING ATTORNEYS' EYES ONLY PROTECTIVE ORDER** |

Discovery in this action involves production of "Confidential" material as that term is described in Paragraph 2 of the Stipulated Protective Order entered by the Court on November 21, 2019. Dkt. #23. Certain Confidential material sought in discovery includes highly sensitive business information of Home Depot U.S.A., Inc. which, if disclosed to members of the public, to plaintiff, to putative class members, or other current or former employees of defendant, may jeopardize the safety and security of Home Depot employees, customers, and property. Accordingly, the parties hereby stipulate and petition the Court to enter the following STIPULATION REGARDING ATTORNEYS' EYES ONLY PROTECTIVE ORDER:

1. All documents and other materials produced by Home Depot in response to plaintiff's Request for Production Nos. 43 and 44 shall be considered "Attorneys' Eyes Only" material. Such material shall be marked by the producing party as "Attorneys' Eyes Only."

2. Use and disclosure of "Attorneys Eyes Only" material shall be restricted solely to counsel for the parties, including in-house counsel, and employees of counsel for the parties to whom disclosure is strictly necessary for this litigation, unless additional persons are stipulated by counsel for the parties or authorized by Court order. However, the parties agree that prior to being shown any documents or materials marked "Attorneys' Eyes Only," any person other those expressly identified in this paragraph 2, shall be informed of the terms of this stipulation and the Protective Order, and sign the "Acknowledgment and Agreement to Be Bound" attached as Exhibit A to the Protective Order.

3. All documents and material designated as "Attorneys Eyes Only" shall be subject to the terms of the Protective Order, including, but not limited to, the filing restrictions set forth in Section 4.3 of the Protective Order.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: February 25, 2020      /s/ *Peter D. Stutheit*
                                                                     Attorneys for Plaintiff

Donald W. Heyrich
Jason A. Rittereiser
Rachel M. Emens
Henry Brudney
HKM Employment Attorneys, LLP
600 Steward Street, Suite 901
Seattle, WA 98101
dheyrich@hkm.com
jrittereiser@hkm.com
remens@hkm.com
hbrudney@hkm.com

Peter D. Stutheit
Stutheit Kalin LLC

1 SW Columbia, Suite 1850
Portland, OR 97258
peter@stutheitkalin.com

DATED: February 25, 2020          /s/ *Donna M. Mezias*
                                  Attorneys for Defendant

AKIN GUMP STRAUSS HAUER & FELD LLP

Donna M. Mezias (*pro hac vice*)
Dorothy F. Kaslow (*pro hac vice*)
580 California Street, Suite 1500
San Francisco, CA 94104
Telephone: 415.765.9500
Facsimile: 415.765.9501
dmezias@akingump.com
dkaslow@akingump.com

Allison S. Papadopoulos (*pro hac vice*)
2001 K Street NW
Washington, DC 20006
Telephone: 202.887.4000
Facsimile: 202.887.4288
apapadopoulos@akingump.com

DATED: February 25, 2020          /s/ *John S. Devlin III*
                                  Attorneys for Defendant

LANE POWELL, PC

John S. Devlin III, WSBA No. 23988
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, WA 98111-9402
Telephone: 206.223.7000
Facsimile: 206.223.7107
devlinj@lanepowell.com

PURSUANT TO STIPULATION, IT IS SO ORDERED this 26th day of February 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE