# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STEVE MOSHTAGH, an individual, on behalf of himself and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE HOME DEPOT U.S.A., INC. a Delaware Corporation,<br><br>Defendant. | No. 2:19-cv-01205-RSM<br><br>**ORDER GRANTING STIPULATED MOTION TO CONTINUE CLASS CERTIFICATION DEADLINE** |

THIS MATTER, having come on regularly for hearing before the Court on the parties' Stipulated Motion to Continue Class Certification Deadline ("Motion"), and the Court having considered the pleadings,

IT IS HEREBY, ORDERED, ADJUDGED AND DECREED that the Motion is GRANTED and the class certification deadlines are extended as follows:

| EVENT | DEADLINE |
|---|---|
| Deadline for Plaintiffs to file Motion for Class Certification:<br><br>(noted on the fourth Friday after filing and service of the motion pursuant to Local Rules W.D. Wash. LCR 7(d)(3) unless the parties agree to different times for filing the response and reply memoranda) | August 13, 2020 |
| Opposition to Motion to Certify Class: | September 10, 2020 |
| Reply in Support of Motion to Certify Class: | September 24, 2020 |

ORDER GRANTING STIPULATED MOTION TO CONTINUE
CLASS CERTIFICATION DEADLINE - 1
(Case No. 2:19-cv-01205-RSM)

**HKM EMPLOYMENT ATTORNEYS LLP**
600 Stewart Street, Suite 901
Seattle, Washington 98101
(206) 838-2504

1     DATED this 6th day of March 2020.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

| **STUTHEIT KALIN LLC** | **AKIN GUMP STRAUSS HAUER & FELD LLP** |
|---|---|
| By: */s/ Peter Stutheit* <br> Peter Stutheit, WSBA No. 32090 <br> 1 SW Columbia, Suite 1850 <br> Portland, OR 97258 <br> Phone: (503) 493-7488 <br> Fax: (503) 715-5670 <br> Email: peter@stutheikalin.com <br><br> *Attorney for Plaintiff Steve Moshtagh* | By: */s/ Donna M. Mezias* <br> Donna M. Mezias (*pro hac vice*) <br> Akin Gump Strauss Hauer & Feld LLP <br> 580 California Street, Suite 1500 <br> San Francisco, CA 94104 <br> Phone: (415) 765-9500 <br> Fax: (415) 765-9501 <br> Email: dmezias@akingump.com <br><br> *Attorneys for Defendant Home Depot U.S.A., Inc.* |
| **HKM EMPLOYMENT ATTORNEYS LLP** | **LANE POWELL PC** |
| By: */s/ Donald W. Heyrich* <br> Donald W. Heyrich, WSBA No. 28897 <br> Jason A. Rittereiser, WSBA No. 43628 <br> Rachel M. Emens, WSBA No. 49047 <br> Henry Brudney, WSBA No. 52602 <br> 600 Stewart Street, Suite 901 <br> Seattle, WA 98101 <br> Phone: 206-838-2504 <br> Fax: 206-260-3055 <br> Email: dheyrich@hkm.com <br>         jrittereiser@hkm.com <br>         remens@hkm.com <br>         hbrudney@hkm.com <br><br> *Attorneys for Plaintiff Steve Moshtagh* | By: */s/ John S. Devlin* <br> John S. Devlin III, WSBA #23988 <br> P.O. Box 91302 <br> Seattle, WA 98111 <br> Phone: (206) 223-7000 <br> Fax: (206) 464-0125 <br> Email: devlinj@lanepowell.com <br><br> *Attorney for Defendant Home Depot U.S.A., Inc.* |

ORDER GRANTING STIPULATED MOTION TO CONTINUE
CLASS CERTIFICATION DEADLINE - 2
(Case No. 2:19-cv-01205-RSM)

**HKM EMPLOYMENT ATTORNEYS LLP**
600 Stewart Street, Suite 901
Seattle, Washington 98101
(206) 838-2504