THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVE MOSHTAGH, an individual, on behalf of himself and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE HOME DEPOT U.S.A., INC. a Delaware Corporation,<br><br>Defendant. | No. 2:19-cv-01205-RSM<br><br>**ORDER GRANTING STIPULATED MOTION TO CONTINUE CLASS CERTIFICATION DEADLINE**<br><br>**Noted on Motion Calendar: July 29, 2020 (same day as filed under LCR 7(d)(1))** |

THIS MATTER, having come on regularly for hearing before the Court on the parties' Second Stipulated Motion to Continue Class Certification Deadline ("Motion"), and the Court having considered the pleadings,

IT IS HEREBY, ORDERED, ADJUDGED AND DECREED that the Motion is GRANTED and the class certification deadlines are extended as follows:

| EVENT | DEADLINE |
|---|---|
| Deadline for Plaintiffs to file Motion for Class Certification:<br><br>(noted on the fourth Friday after filing and service of the motion pursuant to Local Rules W.D. Wash. LCR 7(d)(3) unless the parties agree to different times for filing the response and reply memoranda) | January 21, 2020 |
| Opposition to Motion to Certify Class: | February 18, 2021 |
| Reply in Support of Motion to Certify Class: | March 4, 2021 |

| | |
|---|---|
| ORDER GRANTING STIPULATED MOTION TO CONTINUE CLASS CERTIFICATION DEADLINE - 1<br>(Case No. 2:19-cv-01205-RSM) | **HKM** **EMPLOYMENT ATTORNEYS LLP**<br>600 Stewart Street, Suite 901<br>Seattle, Washington  98101<br>(206) 838-2504 |

DATED this 31st day of July, 2020.

 ![signature]

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

| | |
|---|---|
| **STUTHEIT KALIN LLC** | **AKIN GUMP STRAUSS HAUER & FELD LLP** |
| By: */s/ Peter Stutheit* | By: */s/ Donna M. Mezias* |
| Peter Stutheit, WSBA No. 32090 | Donna M. Mezias (*pro hac vice*) |
| 1 SW Columbia, Suite 1850 | Akin Gump Strauss Hauer & Feld LLP |
| Portland, OR 97258 | 580 California Street, Suite 1500 |
| Phone: (503) 493-7488 | San Francisco, CA 94104 |
| Fax:   (503) 715-5670 | Phone: (415) 765-9500 |
| Email: peter@stutheikalin.com | Fax: (415) 765-9501 |
| | Email: dmezias@akingump.com |
| *Attorney for Plaintiff Steve Moshtagh* | |
| | *Attorneys for Defendant Home Depot U.S.A., Inc.* |
| **HKM EMPLOYMENT ATTORNEYS LLP** | |
| | **LANE POWELL PC** |
| By: */s/ Donald W. Heyrich* | |
| Donald W. Heyrich, WSBA No. 28897 | By: */s/ John S. Devlin* |
| Jason A. Rittereiser, WSBA No. 43628 | John S. Devlin III, WSBA #23988 |
| Rachel M. Emens, WSBA No. 49047 | P.O. Box 91302 |
| Henry Brudney, WSBA No. 52602 | Seattle, WA  98111 |
| 600 Stewart Street, Suite 901 | Phone:  (206) 223-7000 |
| Seattle, WA 98101 | Fax:  (206) 464-0125 |
| Phone: 206-838-2504 | Email:  devlinj@lanepowell.com |
| Fax:   206-260-3055 | |
| Email: dheyrich@hkm.com | *Attorney for Defendant Home Depot U.S.A., Inc.* |
|        jrittereiser@hkm.com | |
|        remens@hkm.com | |
|        hbrudney@hkm.com | |
| *Attorneys for Plaintiff Steve Moshtagh* | |

ORDER GRANTING STIPULATED MOTION TO CONTINUE
CLASS CERTIFICATION DEADLINE - 2
(Case No. 2:19-cv-01205-RSM)

**HKM EMPLOYMENT ATTORNEYS LLP**
600 Stewart Street, Suite 901
Seattle, Washington  98101
(206) 838-2504