UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVE MOSHTAGH, an individual, on behalf of himself and others similarly situated,<br><br>                             Plaintiffs,<br><br>vs.<br><br>THE HOME DEPOT U.S.A., INC. a Delaware Corporation,<br>                             Defendant. | No. 2:19-cv-01205-RSM<br><br>ORDER DENYING PLAINTIFFS' MOTION TO SEAL |

This matter comes before the Court on Plaintiffs' Motion to Seal, Dkt. #36. With their Motion to Certify Class, Dkt. #39, Plaintiffs make reference to and submit certain documents that Defendant Home Depot designated as confidential in discovery. Plaintiffs do not argue that these documents should be sealed; the only reason Plaintiffs have filed the instant Motion is to comply with the Court's Local Rule 5. The parties failed to meet and confer about this issue. Home Depot now responds by stating that the documents and testimony need not be filed under seal. Dkt. #71.

Accordingly, the Court hereby FINDS and ORDERS that Plaintiff's Motion is DENIED. The Court DIRECTS the Clerk to unseal Dkts. #39 and #41–#45 and to STRIKE the redacted Motion at Dkt. #38 as duplicative.

DATED this 4th day of February, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER DENYING PLAINTIFF'S MOTION TO SEAL - 1