THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVE MOSHTAGH, an individual, on behalf of himself and others similarly situated,<br><br>                 Plaintiffs,<br><br>vs.<br><br>THE HOME DEPOT U.S.A., INC. a Delaware Corporation,<br><br>                 Defendant. | No. 2:19-cv-01205-RSM<br><br>**ORDER GRANTING STIPULATED MOTION TO CONTINUE CLASS CERTIFICATION DEADLINE**<br><br>**Noted on Motion Calendar: February 25, 2021 (same day as filed under LCR 7(d)(1))** |

THIS MATTER, having come on regularly for hearing before the Court on the parties' Third Stipulated Motion to Continue Class Certification Deadline ("Motion"), and the Court having considered the pleadings,

IT IS HEREBY, ORDERED, ADJUDGED AND DECREED that the Motion is GRANTED and the class certification deadlines are extended as follows:

| EVENT | DATE |
|---|---|
| Deadline for Reply in Support of Motion to Certify Class: | March 18, 2021 |
| Class Certification Motion Noting Date: | March 19, 2021 |

DATED this 25th day of February, 2021.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION TO CONTINUE
CLASS CERTIFICATION DEADLINE - 1
(Case No. 2:19-cv-01205-RSM)

HKM EMPLOYMENT ATTORNEYS LLP
600 Stewart Street, Suite 901
Seattle, Washington 98101
(206) 838-2504

Presented by:

| | |
|---|---|
| **STUTHEIT KALIN LLC** | **AKIN GUMP STRAUSS HAUER & FELD LLP** |
| By: */s/ Peter Stutheit* | |
| Peter Stutheit, WSBA No. 32090 | By: */s/ Donna M. Mezias* |
| 1 SW Columbia, Suite 1850 | Donna M. Mezias (*pro hac vice*) |
| Portland, OR 97258 | Akin Gump Strauss Hauer & Feld LLP |
| Phone: (503) 493-7488 | 580 California Street, Suite 1500 |
| Fax:  (503) 715-5670 | San Francisco, CA 94104 |
| Email: peter@stutheikalin.com | Phone: (415) 765-9500 |
| | Fax: (415) 765-9501 |
| *Attorney for Plaintiff Steve Moshtagh* | Email: dmezias@akingump.com |
| | *Attorneys for Defendant Home Depot U.S.A., Inc.* |
| **HKM EMPLOYMENT ATTORNEYS LLP** | **LANE POWELL PC** |
| By: */s/ Donald W. Heyrich* | |
| Donald W. Heyrich, WSBA No. 28897 | By: */s/ John S. Devlin* |
| Jason A. Rittereiser, WSBA No. 43628 | John S. Devlin III, WSBA #23988 |
| Rachel M. Emens, WSBA No. 49047 | P.O. Box 91302 |
| Henry Brudney, WSBA No. 52602 | Seattle, WA 98111 |
| 600 Stewart Street, Suite 901 | Phone: (206) 223-7000 |
| Seattle, WA 98101 | Fax: (206) 464-0125 |
| Phone: 206-838-2504 | Email: devlinj@lanepowell.com |
| Fax:  206-260-3055 | |
| Email: dheyrich@hkm.com | *Attorney for Defendant Home Depot U.S.A., Inc.* |
|   jrittereiser@hkm.com | |
|   remens@hkm.com | |
|   hbrudney@hkm.com | |

*Attorneys for Plaintiff Steve Moshtagh*

ORDER GRANTING STIPULATED MOTION TO CONTINUE
CLASS CERTIFICATION DEADLINE - 2
(Case No. 2:19-cv-01205-RSM)

**HKM EMPLOYMENT ATTORNEYS LLP**
600 Stewart Street, Suite 901
Seattle, Washington 98101
(206) 838-2504