CHIEF JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVE MOSHTAGH, an individual, on behalf of himself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE HOME DEPOT U.S.A., INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:19-cv-01205-RSM<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE AND TO ASSESS HOME DEPOT'S COSTS**<br><br>**Noted on Motion Calendar: October 8, 2021** |

ORDER FOR DISMISSAL WITH PREJUDICE AND TO ASSESS HOME DEPOT'S COSTS - 1
No. 2:19-cv-1205-RSM
106666.1062/8708512.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P O BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000  FAX: 206.223.7107

**ORDER**

THIS MATTER, having come on regularly for hearing before the Court on Plaintiff's Motion for Dismissal with Prejudice ("Motion"), and the Court having considered the Home Depot's response to the Motion, and other pleadings on file, does hereby:

ORDER, ADJUDGE AND DECREE that Plaintiff's remaining claim for failure to provide rest breaks, and derivative claim for double damages for willful withholding, are hereby dismissed with prejudice. Home Depot may seek to recover its costs incurred in this action pursuant to Federal Rule of Civil Procedure 54 and Civil Local Rule 54. Home Depot has twenty-one days from the date of this order to submit its bill of costs.

This order constitutes a final order dismissing this action with prejudice.

IT IS SO ORDERED.

DATED this 18th day of October, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

LANE POWELL PC

By: _s/ John S. Devlin_
D. Michael Reilly, WSBA No. 14674
John S. Devlin III, WSBA No. 23988
1420 Fifth Ave, Ste. 4200
P.O. Box 91302
Seattle, WA  98111-9402
Phone:  (206) 223-7000
Fax:  (206) 223-7107
Email: reillym@lanepowell.com
           devlinj@lanepowell.com

ORDER FOR DISMISSAL WITH PREJUDICE AND TO ASSESS HOME DEPOT'S COSTS - 1
No. 2:19-cv-1205-RSM
106666.1062/8708512.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P O BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000  FAX: 206.223.7107

1  AKIN GUMP STRAUSS HAUER & FELD LLP

2  By: *s/ Donna M. Mezias*
   Donna M. Mezias (pro hac vice)
3  Dorothy F. Kaslow (pro hac vice)
   580 California Street, Suite 1500
4  San Francisco, CA  94104
   Phone:  (415) 765-9500
5  Fax:  (415) 765-9501
   Email: dmezias@akingump.com
6          kaslow@akingump.com

7  *Attorneys for Defendant The Home Depot U.S.A., Inc.*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

ORDER FOR DISMISSAL WITH PREJUDICE AND TO ASSESS
HOME DEPOT'S COSTS - 2

No. 2:19-cv-1205-RSM
106666.1062/8708512.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P O BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000  FAX: 206.223.7107