# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

STEVE MOSHTAGH, an individual, on behalf of himself and others similarly situated

           Plaintiff

   v.

THE HOME DEPOT U.S.A., INC., a Delaware corporation

           Defendant

Case No. 2:19-CV-01205 RSM

TAXATION OF COSTS

    Costs in the above-entitled cause are hereby taxed against Plaintiff STEVE MOSHTAGH and on behalf of Defendant HOME DEPOT U.S.A. INC., in the amount of $5,346.07

    Due to the voluminous nature of the requested costs, only those items that are to be partially or fully denied will be listed below. Any other requested costs are to be deemed as accepted by this court. Total awarded costs are comprised of the amounts indicated as follows:

| Deponent or Fee Type | Cost Requested | Cost Disallowed | Cost Allowed |
|---|---|---|---|
| **Fees of The Clerk** | $1,093.00 | $693.00- *Pro Hac Vice fees (3@$231.00) are not taxable in accordance with 18 USC 1920 and Kalitta Air LLC- 741 f.3d 955 (9th Circ. 2013)* | $400.00 |
| **Deposition/Transcript fees- Steve Moshtagh** invoice #CS4070869 | $825.90 | $17.00 – *Parking is not taxable per 18 USC 1920* | $808.90 |

TAXATION OF COSTS -1

| | | | |
|---|---|---|---|
| **Amazon invoice #435563977747-** My Book Duo Desktop RAID hard drive | $540.55 | $540.55- *Peripherals and other equipment not taxable per 18 USC 1920. No indication of purpose or use of equipment provided.* | $0.00 |
| **Notice Fees- Included in Motion for Excess Costs at docket #150 (representing 50% of total costs)** | $10,152.88 | $10,152.88 - *During discovery the costs indicated were agreed to be split by parties; no documentation of rescission of this agreement provided to court, thus parties must each bear 50% of total cost of $20,305.75.* | $0.00 |
| **Fees and Disbursements for Printing** | $716.30 | -0- | $716.30 |
| **Totals** | **Costs Requested** $16,749.50 (orig. Bill of Costs form had mathematical error for total in the amount of $.01) | **Costs Disallowed** $11,403.43 | **Costs Allowed** $5,346.07 |

Entered this ___18th___ day of January, 2022

Ravi Subramanian, Clerk
U. S. District Court

By: __s/ *PATRICK SHERWOOD*__
     Patrick Sherwood, Deputy in Charge

TAXATION OF COSTS -2